# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

2008 JAN -2 AM 8: 44

### ARREST ON OUT-OF-DISTRICT OFFENSE

KWH DEPUTY

Magistrate Case Number: **08 MJ 0002**

The person charged as __Rafael Mendoza__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Northern__ District of __California__ with __Deported Alien Found in the United States__, in violation of __Title 8, United States Code, 1326__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 12/31/07

Christopher Salgado
(Name)

Reviewed and Approved:

Dated: 12/31/07

Assistant United States Attorney

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

v.

RAFAEL MENDOZA

WARRANT FOR ARREST

**07 70293** HRL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  RAFAEL MENDOZA

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment   ( ) Information   (x) Complaint
( ) Order of Court   ( ) Violation Notice   ( ) Probation Violation Petition

charging him or her with

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title  8  United States Code, Section(s)  1326

| | |
|---|---|
| Howard R. Lloyd<br>Name of Issuing Officer | U.S. Magistrate Judge<br>Title of Issuing Officer |
| _Signature of Issuing Officer_ | May 18, 2007, San Jose, CA<br>Date and Location |

Bail fixed at $  No Bail           by    Howard R. Lloyd
                                         Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _ORIGINAL WARRANT HELD BY U.S. MARSHALS, SAN JOSE. NOTIFY ABOVE OFFICE UPON ARREST. DO NOT MAKE RETURN ON THIS COPY_

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

# United States District Court

NORTHERN  DISTRICT OF  CALIFORNIA

FILED

UNITED STATES OF AMERICA

2007 MAY 18 A 10

V.

**CRIMINAL COMPLAINT**

RICHARD W. WIEKI
CLERK
U.S. DISTRICT COU
NO. DIST. OF CA. S

Mendoza, Rafael
(Name and Address of Defendant)

CASE NUMBER: 07 70293 HRL

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, March 29, 2007, in Santa Clara County in the Northern District of California defendant(s) was,(Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title 8 United States Code, Section(s) 1326
I further state that I am a(n) Deportation Officer and that this complaint is based on the following
                                Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
                      ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

5/18/07                                    at    San Jose, California
  Date                                                City and State

Howard R. Lloyd
United States Magistrate Judge                 _____
Name & Title of Judicial Officer                Signature of Judicial Officer

RE: MENDOZA, Rafael A92 990 518

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1) Mr. MENDOZA is a 50-year-old male who has used fifteen (15) aliases and four (4) dates of birth in the past.

(2) Mr. MENDOZA has been assigned one (1) Alien Registration number of A92 990 518, FBI number of 676178X8, California Criminal Information Index number of A07208783, and Santa Clara Department of Correction number CUJ891.

(3) Mr. MENDOZA is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on one (1) occasion from the United States:

| DATE | PLACE OF DEPORTATION |
|---|---|
| September 13, 2000 | Calexico, CA |

(4) Mr. MENDOZA last entered the United States at or near San Luis, AZ on or after September 13, 2000, by crossing the international border without inspection subsequent to deportation.

(5) Mr. MENDOZA on a date unknown, but no later than March 29, 2007, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On April 11, 2007, Mr. MENDOZA was interviewed by Immigration Enforcement Agent (IEA) Erin Diep at the Santa Clara County Jail Elmwood, Milpitas, CA, and during that interview, Mr. MENDOZA was advised of his **Miranda** rights in Spanish. Mr. MENDOZA waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE: MENDOZA, Rafael A92 990 518

(6) Mr. MENDOZA was, on June 25, 1990, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of BURGLARY: SECOND DEGREE, a felony, in violation of Section 460.2 of the California Penal Code, and was sentenced to twenty-six (26) days in jail.

(7) Mr. MENDOZA was, on July 1, 1991, convicted in the State of Washington, County of Yakima, for the offense of POSSESSION OF HEROIN OR SCHEDULE 1 OR 2 NON-NARCOTIC, a class C felony, in violation of Section 69.50.401(d), and was sentenced to seventeen (17) days in jail.

(8) Mr. MENDOZA was, on February 10, 1992, convicted in the Superior Court of California, in and for the County of Los Angeles, for the offense of POSSESSION NARCOTIC CONTROLLED SUBSTANCE, a felony, in violation of Section 11350(a) of the California Health and Safety Code, and was sentenced to one hundred twenty (120) days in jail.

(9) Mr. MENDOZA was, on March 31, 1992, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of POSSESSION NARCOTIC CONTROLLED SUBSTANCE, a felony, in violation of Section 11350(a) of the California Health and Safety Code, and was sentenced to seventy-five (75) days in jail.

(10) Mr. MENDOZA was, on April 3, 1996, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of ASSAULT UPON PEACE OFFICER WITH DEADLY WEAPON, a felony, in violation of Section 245(C) of the California Penal Code, and was sentenced to three (3) years in prison.

(11) On the basis of the above information, there is probable cause to believe that Mr. MENDOZA illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this ___18___ day of ___May___, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE