# Minutes of the United States District Court
## Southern District of California
### JANUARY 17, 2008

HON. **CATHY ANN BENCIVENGO**    DEPUTY CLERK: **L. HERNANDEZ**

---

TAPE NO. CAB08-9:58-10:23

```
08MJ0002-CAB        USA      vs.     RAFAEL MENDOZA (1)(C)  06846298

DETENTION HRG/                       BRIDGET KENNEDY, FD (1)
REMOVAL & IDENTITY
HEARING                              AUSA: FRED SHEPPARD
```

---

REMOVAL/IDENTITY HEARING HELD
GOVT CALLS DHS AGENT, CHRISTOPHER ALBERT SALGADO CALLED/SWORN/TESTIFIED.
COURT FINDS DFT TO BE RAFAEL MENDOZA
COURT ORDERS DFT REMOVED TO NORTHERN DISTRICT OF CALIFORNIA;
WARRANT OF REMOVAL ISSUED TO USM; DFT TO BE TRANSPORTED FORTHWITH.

COURT ORDERS DEFENDANT DETAINED PENDING REMOVAL DUE TO NO BAIL BENCH WARRANT
ISSUED FROM NORTHERN DISTRICT OF CALIFORNIA
DETENTION HRG NOT HELD; GOVT'S ORAL MOTION TO DETAIN [3-1] - MOOT